Date: 05/05/10            DIVIDENDS REMITTED TO THE COURT            Page:

#150282

Case Number 09-15616 - HAWKINS, DEBORAH A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **U.S. Bank N.A.** <br> **P.O. Box 5229** <br> **Cincinnati, OH 45201** <br> (9-1) overdrawn checking acct. | 000009 | 38.00 | 1.32 |
| ---------- Remittance Total -------------- | | 38.00 | ck# 100   1.32 |

_____
MARVIN A. SICHERMAN, Trustee

Printed: 05/05/10 10:08 AM    Ver: 15.08
COURT1
09-15616-rb    Doc 26    FILED 05/13/10    ENTERED 05/13/10 16:41:46    Page 1 of 1